#4

In The United States District Court for the Western district of pennsylvania

SBI

Rev. Augustus (Simmons) Enoch
Founder of the fellowship of Spiritualscience
David perry, J. Sawteller, Byer
Lisa Lamoreaux, Sutterlander
Jane Doe Lpn, Trever Wingard
Deputy Secretary, Tracy Smith,
Rev. ulrich Klemm, Debra Rand,

Civil action no. 19-26E

No Fee/No IFP

**SCANNED**

**FILED**

FEB 05 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## Preliminary Statements

This is a Civil Rights action filed by Rev. Augustus Enoch (Simmons), Pro-se a State prisoner for damages and injunctive relief under 42 U.S.C. § 1983 Stating Denial of Medical Care under the 8th Amendment, Denial of Religious accommodations, and right to practice and express his religious belief under the First Amendment, violation of the Stgmu handbook under the 14th Amendment Due process;

## Jurisdiction

1. The Court has Jurisdiction over the plantiff Claims of violation of federal Constitutional rights under 42 u.s.c § 1331 (1) And 1343.

2. This Court has Supplemental Jurisdiction over the plantiff State law tort Claims under 28 u.s.c § 1367.

## Defendants

3. Defendant, David Perry is the unit manager for inmates in the Stgmu program at Sci forest acting under color of State law, he is sued in his individual Capacitie.

4. Defendant, Byers, Sutterlander, are the medical professional at Sci forest who handles sick calls they acted under color of State Law. They are sued in their individual Capacitie.

5. Defendant, Lisa Lamoreaux, is the HSA Correct Care Solutions Supervisor at Sci forest and Supervises the ongoing of

①

the medical professionals, inmates on the facility grounds. She acted under Color of State Law, she is sued in her individual Capacitie.

6. Defendant, Jane Doe, is the LPn that responded to staffs use of force via O.C. spray against plaintiff and was responsible to advice for or against such force, she acted under Color of State Law, she is sued in her individual Capacitie

7. Defendant, Trevor Wingard, is Deputy Secretary of the western region, is responsible for review and recommending for or against religious recommendations on the western region, he acted under Color of State Law, he is sued in his individual Capacitie.

8. Defendant, J. Sawteller, is the DSCS for the inmates at Sci forest he acted under color of State Law. He is also being sued in his individual capacity.

9. Defendant, Tracy Smith, is the Director of BTS and is responsible for the ongoings, reviews and religious Accommodations of inmates in the D.O.C. She acted under Color of State Law, she is also being sued in her individual Capacity.

10. Defendant, Ulrich Klemm, is part of the religious accommodation Committe for PA D.O.C he acted under Color of State Law, he is also being sued in his individual Capacity.

②

11. <u>Defendant</u>, <u>Debra Rand</u>, is part of the Legal dept for the PA D.O.C and the religious accommodation committee, she acted under color of state law, She is sued in her individual capacitie.

### Plaintiff

12. Plaintiff, <u>Augustus</u> ~~Simmons~~ Enoch (Simmons) Is the most revered magi for the fellowship of spiritualscience and is incarcerated at SCI forest when the events described in this complaint took place.

### Facts

DC-ADM 13.2.1 Access to health care policy ~~Specifies~~ Specifies the following key medical procedures, to ensure the health, condition and life of a prisoner while confined in the RHu;

1. Section one, inmate health care plan, B. medical services provided on a case-by-case basis

8. <u>Sick call</u>, 9. Access to health care for inmates in restricted housing units (RHu's) and inpatient mental health units (MHu's)

B. Access to Sick call, emergency care and/or medical attention

(1) RHu/SMu/MHu/SSNu/SGmu/ visits and rounds, including the observation of each inmate will be made daily (including holidays and weekends) by a health care provider and documented in the DC-201, Security Level 5 housing unit Log. Rounds are made to ensure that inmates have access to the health care system. Rounds may be coordinated with standing security counts. A health care provider will see every inmate who signed up for sick call

(2)

(3) an inmate in the RHU/Smu/MHu/SSNu/StGmul is to sign up for sick call in the manner described in Subsection A.8. above. The health care provider may determine that any request to be seen at the time of rounding (inmate did not sign up for sick call) is urgent and needs immediate attention or can advise the inmate to follow usual Sick call procedures. In the event that urgent medical attention is needed, the Corrections officer will notify the medical department.

On 9 - 26 - 2018 Plaintiff was sprayed with OC (oleoresin capsicum), and on 9 - 26 - 2018 he was sprayed again with oleoresin capsicum.

After being sprayed with oleoresin capsicum plaintiff was placed in a hard cell without his medically cleared asthma pump. After this incident plaintiff Augustus A. Simmons began to have breathing pains that disrupt his normal routine of sleep, and normal activitys (such as cleaning, walking briskly, or breathing heavely).

On 9 - 26 - 2018 plaintiff stopped breathing and feel out unconcise for several minuates when Correctional Staff authorized by Dan Lee, and the current unit management to utilize OC Spray as of measure of force against a Stgmu prisoner

Even if they don't pose a direct threat to the Correctional Staff. Plaintiff was unconcise and was no threat to the Correctional Staff, because he was on the floor passed out!

DC-ADM-13.2.1, Access to health Care procedures manual Section 3 - physical exams, preventive health evaluations, <u>and Clearance for use of force</u>. (I) medical implications During use of force, (1) (a) (B) (c)

I. Medical implications During use of force

In accordance with department policy 6.3.1, "facility Security" nursing Staff shall be Contacted, in all Cases, prior to the planned use of force to determine whether there are any medical contraindications to the use of the devices listed in this subsection. The RNS/Team Leader Shall review the inmate's Current OC-440A for any Chronic illness/conditions, and the inmate medical record for any acute illness/conditions that may prevent the use of Certain devices; these acute illness/conditions are outlined on the OC-440A. At the time of initial and preventive health evaluations, the OC-440A Shall be Completed by a practitioner. A medical assessment of the inmate Shall be Conducted after each use of force by a practitioner/RN

1. oleoresin Capsicum (OC)

A. Medical contraindications for Capsicum use Shall be documented and include the following:

(1) asthma, emphysema/CopD, and other chronic pulmonary diseases;
(See Policy attachment from 13.2.1, Access to health care).

Jane Doe Lpn/RN at the time of incidents knew of plaintiffs asthma because his asthma pump was confiscated and given to medical staff, which was later put on the correctional officers unit desk on K-A, pod.

Lisa Lamoreaux, Sutterlander and byers are all aware of Plamtiffs chronic asthma condition and ignored D.o.c policy to allow correctional staff to utilize lethal force which could have, and still can cause plaintiffs sudden death!!

Since this incident plaintiff has filed ___9___ sick calls to medical with only a few frivolous responces to concerns unrelated to his asthma breathing pains. When plaintiff attempts to advice PA Byer, or Sutterlander of his breathing pain they tell him to file a sick call which he never receives a responce to. Plamtiff has filed sick calls on;
(See exibit___A___, ___B___, ___c__, ___D___ Medical sicks filed,timedst-amped and recieved by medical) Several dutes 10-31-18, 11-7-18 and 12-31-18 went unresponded to. This violates OC-AOM 13.2.1 Access to health care policy which plamtiff specifies

6

In the begining of this complaint as <u>1. Section one, inmate health care plan, B. Medical Services provided on a case-by-case basis, 8. Sick Call, 4. ACCESS to health care for inmates in restricted housing units (RHU) and inpatient mental health units (MHUs)</u>

"A health care provider will see every inmate who signed up for sick call"

Defendant Sutterlander, Byers, nor did any medical staff respond to plaintiffs serous medical needs that could threaten his life!

In responce to plaintiff filed Grievances# <u>772430</u>, <u>777349</u>, <u>778950</u>, <u>780760</u> medical staff Sutterlander, and LisA Lamoreadx now have removed my asthma pump from my cell, on 1-11-2019 C/o ellenberger came into my cell and confiscated my asthma pump for reasons he did not state.

That after noon at 2:10 pm ~~When~~ ~~correctional releases~~ on ~~Do~~ ~~to~~ 2-to-10 shift Plaintiff had serous problems breathing and his next door neighbor Laquan Williams had to call for a correctional officer for assistence. But nothing was done, and Plaintiff had to suffer through the asthmatic attack for 1 (hour) 1/2 till a John Doe Corrections officer stated to him that

⑦

Medical was made aware and they stated to file a sick call, Plaintiff wasn't given his asthma pump or any form of treatment. (See exibit E, Request Slip filed about the above incident).

Medical Supervisor Lisa Lamoreaux - HSA responded to Plaintiffs ~~you~~ Request by stating;
  "You do not have a current order for inhaler, sign up for sick call to 'be evaluated'. (Dated 1-11-2019).

This Statement contridicts a previous Request Slip filed to the same medical Supervisor when question about Chronic Care visit pertaining to his asthma She "Lisa Lamoreaux" stated;
  " You were seen for sick call for Calcium Supplement and asked for inhaler for Sob, and whizing had not been issued for over a year. you were seen and ordered inhaler the charges are correct"
  (See exibit F, Request to medical records supervisor).

On several dates unit manager perry has been made aware of this serous medical need to utilize his asthma pump and has been denied (see Request Slip date 1-1-2019 exibit G)

⑧

Plamtff has already Suffered serous injurys to his _lungs_ that have gone unchecked, and ignored by the named defendants. And if nothing is done soon plamtff could die from a serous asthma attack.

_Next is_; DC-ADM 819, Religious activitie policy. Stipulates that;

"

Section one - General procedure, 7. Facilities with segregated housing units (e.g., young adult offenders [yAO]. Diagnostic Classification Centers [Dcc's], initial Reception units, forensic treatment centers, outside service units, etc.) and or other units with limited access to the religious Services area Should make every attempt to accommodate inmates in Segregated housing units with opportunities Separate from the general population to practice their faith Communally."

"
Section 4 - Religious Accommodations, A. General, 1. within security and budgetary limitations and in light of available resources, the department will Seek to accommodate the sincerely held religious beliefs of every inmate using the least restrictive means necessary provided they do not interfere with

⑨

Security priorities and with the normal operation of each facility.

2. An inmate seeking an accommodation for a sincerely held religious belief may submit the appripriate request form, noted below, to his/her facility Chaplancy program director (FCPD) for consideration.

Defendant(s) David Perry, J. Sawteller, Trevor Wingard, tracy Smith, Rev. ulrich Klemm, Debra Rand have constantly violated Dc-ADM 819 by thwarting plamtiffs sincere efforts to express, Practice and lecture the teachings of the Fellowship of SpiritualScience While incarcerated at Sci Forest.

Plaintiff The Most Revered magi Augustus Osiris Enoch published a Introduction text to Spiritualscience In December of 2017 (See exibit H, advertisement to Doctrine and ethics of a seeker). This book specifies the Doctrine of SpiritualScience to any who is interested in enroleement, or seek Knowledge, Wisdom and understanding of what we teach.

Plaintiff thus filed a religious accommodation Request for a Series of accommodations to his religious belief. on August, 21, 2018 All Seven religious accommodations

(10)

Where denied for the following reasons;

A) <u>Trinity Diet</u> consist of fish, chicken, cheese, limited soy products, limited bean products. peanut butter, Jelly, wheat bread, fruits, vegetables, desserts

A) <u>Recommendation</u>; Inmates Request for a special "trinity Diet" is denied due to the burden the Department would incur providing each inmate with a diet of his/her choosing. The Department accommodates all inmates with the opportunity to select and/or receive the alternative protein option available at mainline. additionally, an inmate may choose one of three religious diets, which is closest to the diet accommodation the inmate seeks. The inmate may apply, via a new accommodation form for one of the three religious diets provided by the DOC.

<u>Purpose of trinity Diet</u>; The reason we as seekers of truth must be accommodated the trinity diet because none of the "3" Religious diets fully meet the Standards of accommodation of Spiritual Science and would cause a Serious Spiritual decalibration to the mind, and body if the Consumption of Such Spiritually negative diets continue.

The trinity Diet is meant to Calibrate the <u>trinity</u> Which in the enochian dictionary means body; The duality of

(11)

The trinity is it also represents mind, body and spirit! which when we as humans consume the natural _foods_ of the earth it is processed in the body, which is feed to the brain that possesse the mind, and the spirit.

If you fail to maintain a healthy trinity intake you will cause a mental, physical and spiritual imbalance.

Clearity of the Trinity diets contents; I would like to make this clear for the courts what i specified to the PA D.O.C. intialed _food_ items they provide other religions active within the D.O.C and mainline general population. The concern are products that cause a disruption to the person(s) "trinity". So now i as the Founder, and one of seven collective-leaders of the fellowship of spiritualscience provide a alternative , clear, and orgnized daily religious diet for those that Request for a trinity diet; A. Breakfeast, B. lunch, C. Dinner...

<u>Trinity Diet</u>
<u>Breakfeast</u>

- (3) Bread bags of cereal, (Bran flakes, or Corn flakes)
- (2) Boiled EGGS
- (4) Slices of wheat bread

(12)

- Milk,
- 3 individual fruits,          note; no salts, ∞
- Peanut butter and Jelly,
- Coffee,
- Sweet mad Sugar,

    •    •    •    •

## Trinity Diet
### -lunch- (no spices)

- 2 Baked potates,          • no juice packets
- Steemed fish,
- Green pepper (whole),
- Tomate (whole),
- 4 Slices of Wheatbread
- 3 packets of peanut butter and Jelly
- fruit (one) of the Jails Choice
- Milk
- Vegatable Cocktail of Jails choice
- French dressing, or mayo packets (2 or more).

    •    •    •    •

## Trinity Diet
### Dinner (no spices)

- 2 Bread bags of rice
- 1 Bread bag of Green beans
- 1 whole Serving (main course) of baked Chicken

(13)

- 3 Fruits of the Jails chooice.
- Whole Green pepper,
- 4 Slices of wheat bread,
- 6 Slices of Cheese,
- Cabage/Lettice/Carrots/ Broccoli; (In a bread bag Jail can choose 2 out of four to serve).
- Peanutbutter and Jelly
- Milk
- French dressing, and or mayo (3 to 4 packets).
- •          •          •          •

Forbiddean to Consume by the Spirtualscience Community;

- pork thats processed by the Dept of Corr and masse produced for general serving.
- Juice packets
- Red meat
- Spices
- Exccesive Soy
- No Noodles
- No Salt
- White bread
- no ~~cadcencer~~ Contammated or reused food treys

B) Ritualistic Prayer twice a day, namely 8:30

hours and 2130 hours with ritualistic foods in a snack bag, namely one piece of fruit, 1 bag of cereal and one pack of graham crackers/cheese,

B) recommendation

The Request to conduct a ritualistic prayer twice a day with ritualistic foods (In addition to what meals the inmate is normally served) is Denied. Due to the secure nature of the SLS, all foods must be consumed when served. Additionally, the Department cannot subsidize the purchase of specialty food items for religious reasons beyond the portions and products the Dept purchases for all inmates to consume.

First; Plaintiff is not asking the dept of Corr. to permitt any seeker of truth to keep stored food in there cell from food treys etc. for a prolong period of time. We eat breakfeast at 6:00 am, but prayer for the fellowship does not began till 8:30 am 2 half hours later. This would require a seeker to maintain "3" pieces of fruit till then and then discard them via consumtion.

Second; Plaintiff is not asking for any special foods, these products can be easily found in the mainline and are served everyday. But If the accommodation for the trinity

(15)

Diet is approved and accommodated this alternative would not be necessary.

Third; It is manditory within the doctrine and ethics of Spiritualscience to tribute "3" Food Items to the light of elohim in honor of the Creators, Creation, and Science (Trinity of life). At the end of each medatavite-prayer.

C.) Day of union (Sunday), To receive three pieces of fruit, 1 bag of Cereal and one pack of graham crackers/cheese.

c) recommendation

The request to receive three pieces of fruit and four packs of crackers or bread on the seventh day of the week is, denied! The Department cannot Subsidize the purchase of specialty food items for religious reasons beyond the portions and products the department purchases for all inmates to consume. The inmate may celebrate the prayer of union in the privacy of his cell without the use of special foods.

Plaintiff now clearifys for the court several reasons, alterations to his request and why is should have been granted and applicated.

(16)

As a Spiritual Scientist the seventh day of the week is the day of deep meditative-reflection. It is our day of Sabbath to Cleanze ones mind, body and Spirit. This day requires a Seeker to tribute _Seven_ Items of healthy food in meditative-prayer to the Creator on this holy day of Sabbath.

The Defendants demand plaintiff to utilize food treys as a Substitute when in fact these food treys Rarely have _1_ fruit available or even _Two_ Slices of _bread_, Also the items available at trey time within the RHu if not permitted (Such as bread, and excess fruit) will be Confiscated. (white bread is Served on AP treys).

Thus the reason Plaintiff has brought forth to the Courts the Trinity Diet, Breakfeast, lunch and dinner. Because when this _bag_ of food is Served it Shall be permitted that fruit, bread can be held for a limited time period in this bag, Protecting its Contents from Random Cell Searchs, investigative cell Searchs, Cell inspections etc. that Could Cause the removal of these healthy food items.

(17)

This would eliminate any claim from the department of budget concerns if the Diet, Prayer items, and union prayer items are served as a daily meal to any member of the fellow-ship of Spiritualscience, as written in this Complaint.

D.) Celebration of the "Day of New beginnings" from December 31st to January 1st. with a feast of sheep, brown rice, green beans, wheat bread and fruits is, Denied! The inmate may celebrate the "Day of the new beginning" in the privacy of his cell without the use of special foods. The department cannot subsidize the purchase of specialty food items for religious reasons beyond the portions and products the department purchases for all inmates to consume.

D) recommendation:

Plaintiff provides exibit H the web location of The Doctrine and ethics of a seeker; the courts will find that the defendents have disregarded Plaintiffs Constitutional right to practice his faith for institutional reasons with barely any standing in Law. Plaintiffs doctrine requires every seeker to take part in this day of new beginnings because it represents humanitys new cycle not only

(18)

around the _Sun_ But in our lives, the Sheep represents the Shepard that leads the flock, and us & those that follow the teachings of the maxim magus (noble halo- or- fellowship of Spiritual Science) lead the lost, misguided and the once wicked into the path of liberation, elevation and Salvation!

The feast Celebrates this new beginning and gives _thanksgiving_ to our Creator to Creation, and Science. And his glorious light that leads of us to righteousness.

To denie us this feast is to denie a muslim, Christian, buddhist or any accepted faith there holy day of feasting!! Nothing on the D.o.c menu for that day is ever acceptable for consumption by the fellowship community!

E.) "Festival of enlightenment" from August 7- to- 15th each year with fried chicken, fried fish, wheat bread, a whole pie, cheese, rice, (not noodles) beans, Corn, and apple juice is Denied

E) Recommendation

(19)

The Department cannot subsidize the purchase of specialty food items for religious reasons beyond the portions and products the Department purchases for all inmates to consume. the inmate may celebrate the "festival of enlightenment" in the privacy of his cell without the use of special foods.

Plaintiff rejects the D.O.C's notion that some how as a seeker of truth, a day meant to celebrate the founding, enlightening and fasting that was necessary not only for my self to manifest the fellowship of SpiritualScience. But this day is a spiritual, and holy celebration of mental, physical and spiritual elevation that each herald had , and each seeker of truth will have after there dedicated fast to seeking mental, physicall and spiritual elevation.

This feast provides the seeker of truth with a brokenoooChainooo from the cycle of

(20)

of the so called norm, and allows us to celebrate not only our freedom of mind but the discipline one must utilize to uptain this freedom of mind, body and spirit.

To accomplish this break in the chain of the norm, and to celebrate our mental freedom, and mental, physical and spiritual elevation. We must have the feast requested. It honors ourselves, the herolds and the founding of the fellowship of spiritual science.

F.) Inmates Request to obtain a substitute for his prayer Rug is denied.

## recommendation

The inmate may purchase a prayer rug when the security Phase he is in allows for such a purchase.

Plaintiff has on several occations attempted to recover his rug from his property to utilize for prayer. Plaintiff was denied and still is being denied a rug to pray with. The rug in Plaintiffs property is a regular Commissary rug he will utilize till his fellowship crafts our own prayer rugs.

It is manditory per the doctrine and ethics of a seeker that we utilize a cleanzed rug not tainted by outside elements to worship in ritualistic ~~meditative~~ meditative-prayer to the light of elohim (The Creator). Plaintiff has been unable to do that since his conversion and foundation of the fellowship of spiritualscience.

G.) Religious accommodation for the Ankh is undisputed at this time. Plaintiff has not recieved his pendant, or has had a problem with the vender, as yet!

H.) Request for seven-week fast of enlightment from June 26Th to August 7Th each year is denied. ~~H.) recommendation~~ The inmate may elect to fast on his own on the days he chooses, without an accommodation made by the Department.

Plaintiff requested the D.O.C to modifie his meals for fasting purposes from August 26Th to August 7Th. His meals Daily would consist of;

<u>fast of enlightment</u>
<u>breakfeast / lunch and (Dinner fast ends)</u>
- (3)Citius friults (apple, banana or orange)
- (1) GRAin Product (cereal, rich, Oatmeal)
- (2) Milks

At 8:45pm the fast ends and a full double pourchanc of the trinity diet must be served, At 8:45 am the fast begins again.

This fast is a Spiritual Journey each seeker must take in honor of the Seven heralds of Spiritual Science, Buddha Went on a Seven week fast in Search of enlightment.

He opened his mind, body and Spirit to illumination of our Creator to discover the truth, and proper guidance.

Also; the Seven heralds of Spiritual Science each fasted based on their ideals, and Culture. Each Sought answers guidance, truth, healing, and enlightment from our creator by releasing Self and the universe.

The fellowship of Spiritual Science fast, and go into deep meditation to Connection with the Supreme conciseness (The Creator) for higher truths. But we __Must__, and __Shall__. modifie our diets due to the __Laws__ that ~~modified~~ govern the fast (please, see the doctrine and ethics of a seeker, exibit __H__).

Within the RHu it is not possible to modify and Conduct Such a diet as perscribed Above.


__I.)__ ~~This~~ ~~example~~ To have the name of the religion he Claims to have founded listed on the Religious preference form.


__I.) Recommedation__; The inmate may write the name of his religion next to the Category __other__ on the religious preference form and the FCPD will make an ICAR note, noting the name of the religion with which the inmate identifies!

(23)

Plaintiffs Religion is not other, we are neo-Theism or SpiritualScience to call my religion, _other_, is a total disrespect to the fellowship of spiritual science. We do not and will not identify with "Other" There are two types of SpiritualScientist. orthodox, and unorthodox. To just define us as _other_ is a disregard for the fellowship of SpiritualScientist respect, dignity and right to express ourselves as We choose. other is not how we express ourselves. (Please See Religious Accommodation committee review Request as **exibit I**).

Plaintiff while in the Stgmu has requested for a religious box; to store his religious books, lectures, and documents in regards to the fellowship of spiritualscience and was also denied by the religious Accommodation Committee.

While incarcerated at Sci Forest, Stgmu plaintiff has gone on a up hill Struggle with multiple unit managers, and staff to recover his religious **books** as required per the fellowship of Spiritualscience..

He has been denied access to his books, and any possible means of accommodating **his** religious belief...

~~_____ is a Campaign of_~~

~~retaliation, and Due process violation of the Stgmu~~

Plaintiff Requested to David perry on several occasions while in the 6tGmu, to utilize his tablet which has several religious books plaintiff would need for his religious study, expression and practice of Spiritualscience. But was denied access even when the evidance provided that the _tablet_ would accommodate tilers religious needs.

one of Plaintiffs Accommodations that went unanswered was for a science journal print out, now on the tablet a equivilant can be provided for free or purchase for those within the fellowship to access for Religious study mandated by the Doctrine and ethics of a seeker; It is core doctrine that we as seekers of truth examine the world from Four factors; historical, Philosophical, Scientific, and Spiritual.

This determines if what we are examining, studing, or observing is unfounded, opinion, theoretic, and or factual. This system within our doctrine is known as the eye of odysseus. Even now 99.9% of my books were taken and put in my property so i can't Practice, nor express my religious belief.

Count one , Deliberate indifference , retaliation

Defendants , David perry , Byers, Sutterland, Lisa Lamoreaux and Jane Doe act with Deliberate indifference when David perry permitted correctional staff to denie plaintiff his asthma pump for yard in "winter time weather".

David perry, as unit manager in the stgmu conspired with medical staff Sutterlander to confiscate and retaliate against plaintiff by removing his asthma pump from his cell contents.

Defendant, Sutterlander , act with Deliberate indifference When he was made aware of plaintiffs asthma, knew about Staff utilizing O.C. spray on him twice in a closed confine area "cell" and later and still suffers from lung pains (breathing pains), that they claim are of no concern. Without giving Plaintiff any treatment, examination nor answering Sick calls involving breathing pains.

Further he discontinued Plaintiffs asthma pump in retaliation of his filing of grievances even though plaintiff has a long history since Childhood of Chronic asthma.

Defendant, Byers, acted In the same capacity as Sutterlander and did nothing to resolve the serious medical concerns. Byers was aware of the medical sick calls filed but did nothing in responce.

26

Defendant, <u>Lisa Lamoreaux</u>, HSA Correct Care Solutions recieved several notice via Request about plaintiffs serous medical concerns and did equally nothing in responce to excamine, provide Plaintiff with treatment that would cure or stop his breathing pains that pursist to this day. <u>Lisa Lamoreaux</u> is aware of the O.C. spray utilized against plaintiff and did not prevent, or take any measure to insure the safety of plaintiffs health or life! Since the force used could have killed him.

Defendant, <u>Jane Doe</u>, was present at the time when correctional staff utilized forced via O.C. spray on both occations and did nothing to curve there method of force even though she was concelse of plaintiffs chronic asthma and utilization of a inhaler that was in fact in his cell at the time of being sprayed the first time.

<u>Jane Doe</u>, approved, or, medically approved of staff to utilize force via O.C. spray that threaten plaintiffs life and can and will cause death!!

None of the Defendants have any physical facts besides a collective of none-physical, and corrupt reports filed by themselfs to cover up there Criminal acts!! of cruel and unusal punishment under the ☒ <u>8th Amendment,</u> and retaliation under the <u>1 Amendment.</u>

(27)

## Count two

Violation of Religious Land use and institutionalized persons act of 2000, and first Amendment right to freely exercise of religion

Defendant David perry, unit manager has denied Plaintiff access to his Religious material via book exchange, access to tablet to read religious books, Access to religious material within his property and now has authorized Staff to confiscate And place all plaintiffs religious books back in his property now he has, zero, access to his religious material.

Defendant, Trevor Wingard, tracy Smith, Rev. ulrich klemm, Debra Rand Knowingly and intellegently denied over 16 religious Accommodations that were in regards to the fellowship of Spiritual science, utilizing methodical responces as excuses to Continue to Violate plaintiffs constitutional rights. when the violations are oveous to those in there respected, professional positions as members of religious Accommodation Committee.

With Access to plaintiffs doctrine, and Specified guide-lines for Spiritual Science. Defendants utilized methodical, and draconian practice to thwart plaintiffs right to practice,

(28)

express his religious belief while in the RHU/Stgmu. he has been unable to practice his belief in any form or fashion due to these rejections, and denials from the religious Accommodation committee.

They have violated my 1st Amendment right and also my 8th Amendment right.

Due to these Accommodation denials plaintiff has been subjected to various diets Were he has been forced to eat nothing on the trey, or very few things on the food trey that are not permitted via trinity diet.

Plaintiff has lost an excessive amount of weight and continues to do so, do to lack of nutritional value and food trey intake. He has made Dietry and the religious Accommodation committee aware but Still he has been Subjected to the Same oppressive diets that continue to harm his physical mass!

Plaintiff includes the eigth amandment violation of Cruel and unusal punishment because he has been denied his trinity diet for 2 1/2 to 3 years straight!

Count three

Supervisor liability of David perry, Lisa Lamoreaux, Trevor Wingard, Tracy Smith. Under the 1st, 8th, and the U.S. Constitution.

J. Sawteller, and

David perry, is the unit manager of K-Pod/Stgmu he was aware of the retaliation, confiscation of plaintiffs asthma pump and conspired with medical staff to confiscate this item from plaintiff cell. David perry was well aware of plaintiffs religious beliefs and knew that he was constantly being denied by him, and correctional staff access to his religious material but continued theses bad acts.

Lisa Lamoreaux, Is the supervisor for medical at sci forest and approved Jane doe to okay correctional staff to utilize force on a asthmatic inmate, thus further partaking in ignoring plaintiffs serous medical need for his breathing pains!

Trevor wingard, Tracy Smith, are well aware of the laws and the D.o.c policy

(30)

But still authorized the religious Accommodation Committee to denie Several series of Religious accommodations in regards to the Fellowship of spiritual science. with the Legal Knowledge, and experiance that these denials would abridge upon plaintiffs constitutional rights to express and practice his religion.

The named defendants have acted in supervisor capacity and have violated plaintiffs 1, 6 and 8th Amendment rights to the U.S. constitution.

## Prayer for Relief

Wherefore, Plaintiff respectfully pray that this court enter Judgment:

1. Granting plaintiff Augustus Simmons Enoch a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the united states, and

2. A Preliminary and permanent injunction ordering defendants at any facility in the PA D.O.C from utilizing O.C. Spray on plaintiff for any reason while incarcerated.

(31)

3. A preliminary and permanent injunction ordering defendants to approve all religious Accommodations requested in regards to the Fellowship of Spiritual science.

4. A preliminary and permanent injunction ordering defendants to be demoted from there official Ranks for 5 years and removed from there departments for 3 years. AS disciplinary Sanctions for violating Plantiffs constitutional rights.

5. Granting plantiff Augustus simmons Compensatory damages in the amount of 5,000.00 against each medical professional for each day Plantiff went unexammed, untreated for his breathing pains!

6. Granting plantiff Augustus simmons Compensatory Damages in the amount of 10,000.00 for the loss of weight, stress and pain caused by denial of trinity health diet!!

7. Plantiff seeks punitive damages in the amount of 50,000.00 for medical Staffs intional denial of medical needs, and David perrys intentional denial of religious material.

8. Plantiff also seek a Jury trial on all issues triable by ju

(32)

9. Plaintiffs also seek recovery of their cost in this suit, and fees accosted to a attorney in a average litigation.

10. Any additional relief this Court deems just, Proper and equitable

11. Plaintiff also request as punitive relief the Defendants to pay in the amount of 551,000.00 as a donation to the fellowship of spiritual science to be put forward to the fellowships activitys, services and programs.

Dated: 1-23-2019

Respectfully Submitted

Augustus OSiris Enoch (Simmons #KL2144)
P.o. Box 945
Marienville, PA. 16239

## verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under Penalty of perjury that the foregoing is true and correct.

executed at Sci forest on January, 23, 2019

Augustus Enoch (KL2144, Simmons)

33