IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| REV. AUGUSTUS SIMMONS ENOCH, <br><br> Plaintiff <br><br> vs. <br><br> DAVID PERRY, J. SAWTELLER, BYER, LISA LAMOREAUX, SUTTERLANDER, LPN JANE DOE, DEPUTY SECRETERY TREVOR WINGARD, TRACY SMITH, REV. ULRICH KLEMM, DEBRA RAND, DAN LEE, ROBERT LAWRENCE MAXA, KIMBERLY SMITH, GARY PRINKEY, KATHLEEN HILL, BONNE E. BELL, ANDREW LESLIE, HEATHER KELLERMAN, CHAPPLON REV. SHAFFER, CHAPLLON REV. SIBANDA, <br><br> Defendants | 1:19-CV-00026-RAL <br><br> RICHARD A. LANZILLO <br> UNITED STATES MAGISTRATE JUDGE <br><br> ORDER ON DOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> ECF NO. 155 |

AND NOW, this 27th day of December, 2021, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (ECF No. 155) filed on behalf of Defendants Bonne E. Bell, Kathleen Hill, Heather Kellerman, Ulrich Klemm, Dan Lee, David Perry, Gary Prinkey, Debra Rand, J. Sawteller, Shaffer, Sibanda, Kimberly Smith, and Trevor Wingard ("DOC Defendants") is **GRANTED. IT IS FURTHER ORDERED** that **FINAL JUDGMENT** in this action is entered in favor of the DOC Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Clerk of the Court is directed to close this case.

*/s/ Richard A. Lanzillo*
RICHARD A. LANZILLO
United States Magistrate Judge